**No. 58037.**—Davies, Turner & Co. and Telegraph Apparatus Co. *v.* United States, protest 216357–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of ¼-, ½-, and 1-watt carbon resistors, composed in chief value of metal, used chiefly as parts of radio apparatus, instruments, or devices, the claim of the plaintiffs was sustained.